Benjamin S. Tragish, Esq., CSB #292188
TRAGISH LAW
2625 Townsgate Road, Suite 330
Westlake Village, California 91361
Tel: (805) 267-1150
E-Mail: ben@tragishlaw.com

Attorney for Plaintiff, Congregation
B'Nai Jacob of Kern County

Paul A. de Lorimier, Esq., CSB # 110566
McKAY, De LORIMIER & ACAIN
3250 Wilshire Blvd., Suite 603
Los Angeles, CA 90010-1578
Tel: (213) 386-6900
E-Mail: pdelorimier@mbglaw.com

Attorney for Defendant, Church Mutual
Insurance Company, S.I.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONGREGATION B'NAI JACOB OF KERN COUNTY<br><br>Plaintiff,<br><br>vs<br><br>CHURCH MUTUAL INSURANCE COMPANY, S.I.<br><br>Defendants | Case No.: 1:22-CV-00386-ADA-BAK<br><br>**STIPULATION OF DISMISSAL PER FED R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Complaint filed: September 24, 2021<br>Notice of Removal: April 4, 2022 |

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Congregation B'Nai Jacob of Kern County ("Plaintiff") and Defendant Church Mutual Insurance Company, S.I. hereby stipulate to the dismissal of the above-entitled action without prejudice, with each party bearing their own costs.

STIPULATION OF DISMISSAL

1

| | | |
|---|---|---|
| Dated: | December 6, 2022 | Respectfully submitted, |
| | | TRAGISH LAW |

By: _____
Benjamin S. Tragish, Esq., attorney for Plaintiff, Congregation B'Nai Jacob of Kern County

| | | |
|---|---|---|
| Dated: | December 6, 2022 | Respectfully submitted, |
| | | McKAY, De LORIMIER & ACAIN |

*/s/ Paul A. de Lorimier, Esq.*
   (as authorized on 12/6/22)
By: _____
Paul A. de Lorimier, Esq., attorney for Defendant, Church Mutual Insurance Company, S.I.